UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIPMARK, INC., <br><br>                    Petitioner, <br>     v. <br><br>MOUNTAIN SUMMIT FINANCIAL, INC., <br><br>                    Respondent. | Case No. 1:19-cv-5382 <br><br>**[PROPOSED] ORDER COMPELLING ARBITRATION** <br><br>9 USC § 4 |

      Petitioner Zipmark, Inc. ("Petitioner" or "Zipmark")'s Petition to Compel Arbitration of Respondent Mountain Summit Financial, Inc.'s ("Respondent" or "MSF") claims has properly been presented to this Court. Having considered the matter, the Court hereby GRANTS Zipmark's Petition to Compel arbitration and orders as follows:

      1.     Pursuant to Section 4 of the Federal Arbitration Act (9 USC § 4) and the mandatory venue and arbitration provisions contained in Section XV of the parties' service agreement entitled, "Zipmark, Inc. Disbursement Terms of Use" ("Agreement"), the parties are hereby ordered to arbitrate any disputes before the American Arbitration Association ("AAA") in New York City, New York.

      2.     The parties are further ordered to mutually select a single arbitrator of any disputes pursuant to the rules provided by AAA.

      IT IS SO ORDERED.

Dated: _____                         _____
                                                                          United States District / Magistrate Judge