UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIPMARK, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>MOUNTAIN SUMMIT FINANCIAL, INC.,<br><br>         Defendant. | Case No. 1:19-cv-05382-WHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(a)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ZIPMARK, INC. and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant MOUNTAIN SUMMIT FINANCIAL, INC.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: July 2, 2019

*/s/ Gregory J. Wood*
Gregory J. Wood
One Post Street, Suite 800
San Francisco, CA 94104
Telephone:    (415) 247-7900
Fax:              (415) 247-7901
Email: gwood@woodrobbins.com

*Attorneys for Plaintiff ZIPMARK, INC.*

1